SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
SANDHYA RAMADAS (Cal. Bar No. 267653)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6920
     Facsimile: (213) 894-0142
     E-mail:    sandhya.ramadas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-00005-SVW-8 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSE LUIS GONZALEZ-GONZALEZ, et al., | |
| 8) RICARDO MOTA-BALTAZAR, aka "Canaan," aka "Cano," aka "Gordo, | |
| Defendant. | |

Upon the amended motion of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court

//

//

hereby dismisses with prejudice the indictment as to defendant RICARDO MOTA-BALTZAR, also known as ("aka") "Canaan," aka "Cano," aka "Gordo," (defendant #8) only.

IT IS SO ORDERED.

May 9, 2017
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SANDHYA RAMADAS
Assistant United States Attorney